| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP<br>Headquarters Plaza<br>One Speedwell Avenue<br>Morristown, NJ 07962-1981<br>Attorneys for Defendant, Jack C. Benun<br>Attorneys Appearing:  Dennis J. O'Grady (DO-7430)<br>                              Joseph L. Schwartz (JS-5525) | |
| In Re:<br><br>JACK C. BENUN,<br>                                                            Debtor. | In Proceeding for Reorganization Under Chapter 11<br><br>Case Nos.  03-32195 (MS)<br><br>Judge: Morris Stern |
| FUJI PHOTO FILM CO., LTD,<br>                                                            Plaintiff,<br><br>vs.<br><br>JACK C. BENUN,<br>                                                            Defendant. | Adv. Pro. No. 03-2615/MS |

## CERTIFICATE OF CONSENT
## REGARDING STIPULATION EXTENDING DEFENDANT'S TIME TO ANSWER OR OPTHERWISE MOVE

I HEREBY CERTIFY that with respect to the copy of the captioned stipulation submitted to the Court, the following conditions have been met:

(a)     The terms of the copy of the stipulation submitted to the Court are identical to those set forth in the original stipulation;

(b)     The signatures represented by /s/ Joseph L. Schwartz and /s/ Bruce Buechler on the copy of the stipulation submitted to the Court reference the signatures of consenting parties obtained on the original stipulation;

(c)     This firm will retain the original stipulation for a period of seven years from the date of closing of the case or adversary proceeding.

(d)     This firm will make the original stipulation available for inspection upon the request of the Court or any party in interest; and

(e)    I will simultaneously electronically file this certification with the Court, by use of my login and password, thereby signing same for all purposes, including those under Fed. R. Bankr. P. 9011.

/s/ Stephen J. Amoriello, III
Stephen J. Amoriello, III

Dated: November 4, 2003

3361478.01